UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br>   Petitioner,<br>  v.<br>W. I. MUNIZ, Warden,<br>   Respondent. | Case No. 17-05037 BLF (PR)<br><br>**JUDGMENT** |

  For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED without prejudice. Judgment is entered accordingly.

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: 8/27/2018

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.17\05037Alarcon_judgment